# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**JARELL D TERRY**                                                        **PLAINTIFF**
**ADC #149998C**

v.                                    **No. 2:20-cv-42-DPM-BD**

**WENDY KELLY, Former**
**Director, ADC,** *et al.*                                          **DEFENDANTS**

### ORDER

After Magistrate Judge Deere filed her 20 March 2020 partial recommendation, Terry filed a second amended complaint limited to the retaliation claim against Defendant Roebuck.   The Court therefore adopts the unopposed partial recommendation, *Doc. 7.*   FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes).   All other claims are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 April 2020