IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JARELL D TERRY                                                                    PLAINTIFF
ADC #149998C

v.                                    No. 2:20-cv-42-DPM-BD

WENDY KELLY, Former
Director, ADC, *et al.*                                                        DEFENDANTS

## ORDER

Motion, *Doc. 37*, granted. Terry's claims against Roebuck will be voluntarily dismissed without prejudice. Roebuck's motion for summary judgment, *Doc. 22*, is denied without prejudice as moot. If Terry refiles his claims, though, then Roebuck may renew the motion. Recommendation, *Doc. 33*, declined as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 August 2020