## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**JARELL D TERRY**                                                                 **PLAINTIFF**
**ADC #149998C**

**v.**                              **No. 2:20-cv-42-DPM**

**WENDY KELLY, Former**
**Director, ADC,** *et al.*                                         **DEFENDANTS**

### JUDGMENT

Terry's complaint is dismissed without prejudice.

_NPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

_17 August 2020_